UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKSON PRODUCTIONS, INC., et al.,<br>Plaintiffs,<br>v.<br>MARIELLEN BAKER, et al.,<br>Defendants. | Case No. 17-cv-02427-RS<br><br>**ORDER** |

In August of 2015, Erickson Productions, Inc. and Jim Erickson (collectively "Erickson") obtained a judgment in the principal amount of $450,000 against Kraig R. Kast following a jury trial in *Erickson Productions Inc., et al. v. Kast*, Case No. 5:13-cv-05472-HRL (N.D. Cal) ("the prior action"). Erickson subsequently brought this case against Kast, Mariellen Baker, and various trusts, seeking to set aside certain transactions alleged to have constituted fraudulent conveyances of Kast's assets. Contemporaneously, however, Erickson pursued motion practice in the prior case to have the judgment therein amended to include some or all of the parties he has named here as additional judgment debtors.

In conjunction with motions to dismiss, a motion for preliminary relief, and the motion to amend the judgment in the prior action, the parties have extensively briefed questions regarding whether jurisdiction exists over these post-judgment matters, and whether it can be exercised in a proceeding separate from the prior action. An order has now issued in the prior action granting the relief Erickson requested with respect to Kast and the trusts, and making factual findings that

apparently eliminate the basis of any claims against Baker.

In light of that order, within 15 days of the date of this order, Erickson shall either dismiss this action, or file a brief not to exceed 10 pages setting out any grounds on which Erickson believes the claims in this action remain viable notwithstanding the determinations made in the prior action. If Erickson does not dismiss, defendants may file responses, also not to exceed 10 pages, within one week after Erickson's brief is filed. The initial Case Management Conference in this action is hereby continued to December 7, 2017.

**IT IS SO ORDERED**.

Dated: October 17, 2017

_____
RICHARD SEEBORG
United States District Judge