Kraig Kast
PO Box 4612
Foster City, CA 94404
415-806-9292
Kraigru@hotmail.com

Pro Se Defendant and Appellant

FILED

NOV 14 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| Erickson Productions Inc. and Jim Erickson | Case Number: 4:17-cv-02427-RS |
| Plaintiff(s), | Hon. Richard Seeborg |
| vs. | **DEFENDANT'S SUBMISSION IN RESPONSE TO COURT ORDER** |
| Kraig R. Kast | |
| Defendant | **(DKT 53)** |

I, Kraig Kast acting Pro Se, am one of the defendants in the fraudulent conveyance lawsuit brought by Mr. McCulloch, representing the plaintiff, Mr. Jim Erickson and Erickson Productions Inc. This submission is in response to this Court's order for the Plaintiff to show why this lawsuit SHOULD NOT be dismissed based on Subject Matter Jurisdiction and the Statute of Limitations.

### McCULLOCH ARGUMENT 1

Kast objects to Mr. McCulloch's first argument based on FRE 403 and 404. This argument is prejudicial, it confuses the issues, wastes the Court's time and needlessly presents cumulative evidence. Mr. McCulloch maligns Kast and Baker's character by stating that a perfectly legal

1

transaction they engaged in seven years before this lawsuit is nefarious. Once these documents are put on the Internet, it spreads worldwide harming Kast and Baker's business and personal reputations causing them to lose money and relationships. Mr. McCulloch's argument relies exclusively on the Magistrate's seriously flawed order to Amend the Judgment in the copyright case, to include Kraig Kast as Trustee of the purported revocable Black Oak Trust, which is under appeal in the Ninth Circuit Court of Appeals. The Black Oak Trust is an irrevocable trust and had been for ten years before this lawsuit. Mr. McCulloch has no credible argument for why this lawsuit *should not* be dismissed by this Court.

Nowhere in his submission does Mr. McCulloch argue that this Court has Subject Matter Jurisdiction and he does not argue against the Statute of Limitations which both apply in this case. Further, Ms. Baker did nothing wrong, she is not liable for anything. Mr. McCulloch dragged Baker into this dispute to steal her retirement savings and to create emotional distress on Baker and Kast, who are both senior citizens, which has negatively affected their health and depleted Baker's savings. The fact is Mr. McCulloch doesn't have a legal leg to stand on, so he tries to distract the Court by making unsupported allegations and outright lies, instead of answering the question the Court asked in its order.

## McCULLOCH ARGUMENT 2

Mr. McCulloch's second argument further demonstrates why this case should be dismissed. He seeks to have this Court make a decision about a real estate quiet title case in the California Superior Court for San Mateo County. That type of case is also clearly outside of this Court's

subject matter jurisdiction. The case should be heard by the appropriate California Superior Court in San Mateo County.

This lawsuit, the magistrate's orders and the copyright vicarious and contributory infringement judgment are all are moot if the Ninth Circuit Court of Appeals decides in Kast's favor.

This frivolous lawsuit is a waste of the Court's time and resources and is continuing to inflict harm and damages on Kast and Baker.

## CONCLUSION

Mr. McCulloch's response to this Court's order to show why the case *should not* be dismissed is feeble, at best. He failed to provide this Court with any substantive reason for hearing this lawsuit. He has intentionally avoided addressing subject matter jurisdiction and the statute of limitations as the basis for dismissal, because he knows he has no credible argument against them and they will end this frivolous lawsuit.

Kast respectfully requests the Court to dismiss this lawsuit with prejudice, based on Subject Matter Jurisdiction and the Statute of Limitations.

November 14, 2017

_____
Kraig R. Kast Defendant Pro Se